IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OMAR OLIVA, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil No. 3:18-CV-02814-E |
| v. | § | |
| | § | |
| USA TRUCK, INC. and | § | |
| TIMMOTHY SIMMONS, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation to grant Defendants' Motion for Leave to Designate Responsible Third Party (Doc. 69). No objections were filed. I have reviewed the proposed Findings, Conclusions, and Recommendation for plain error and have found none. Accordingly, the magistrate's Findings and Conclusions are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court grants defendants leave to designate Irazema Oliva as a responsible third party.

**SO ORDERED**.

Signed January 27, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE